JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ALEJANDRO DIAZ,<br><br>    Petitioner,<br><br>    v.<br><br>M.D. BITER, Warden,<br><br>    Respondent. | Case No. CV 13-7745-SP<br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus as Untimely filed contemporaneously with the filing of this Judgment,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: July 8, 2014

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE